UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EDIN MAURICIO MARIN PORTILLO,<br><br>Petitioner,<br><br>-v-<br><br>LAWRENCE CATLETTI, Colonel and Facility Administrator, Orange County Correctional Facility, et al.,<br><br>Respondents. | | 26-CV-6374 (AS)<br><br><u>ORDER FOR LIMITED APPEARANCE OF PRO BONO COUNSEL</u> |

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is directed to attempt to locate pro bono counsel to represent petitioner. If counsel is located, such counsel will represent Plaintiff solely for purposes of filing a reply brief in support of the habeas petition, and that representation will terminate after the Court has ruled on the petition. If the Clerk of Court is unable to locate counsel, petitioner will have the opportunity to file a reply brief *pro se*.

Once counsel has filed a Notice of Limited Appearance of Pro Bono Counsel, counsel should propose a reply deadline to the Court.

Separately, by **Tuesday, August 4, 2026**, the government is ordered to provide the Court with copies of all relevant docket materials from the related case in the Southern District of Texas, given that the Court is currently unable to access those materials on the docket.

The Clerk of the Court is directed to mail a copy of this Order to petitioner.

SO ORDERED.

Dated: August 3, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge