UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDIN MAURICIO MARIN PORTILLO,
Plaintiff,

-against-

LAWRENCE CATLETTI, Colonel and Facility Administrator, Orange County Correctional Facility, et al.,
Defendants.

26-CV-6374 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Petitioner Edin Mauricio Marin Portillo, who is presently pro se, has been detained since April 2026, purportedly because the Government intended to promptly remove him to Mexico. *See Marin Portillo v. Facility Administrator, Port Isabel Serv. Process. Ctr.*, No. 26 Civ. 0542, ECF 24, at *3 (S.D. Tex. July 2, 2026); Dkt. 1 at 2. That still hasn't happened. Instead, Portillo has been shipped around the United States, and he now seeks release from detention. The Government filed a response to the petition on July 30, 2026, and while it provides some details about the history of this case, the Government didn't attach any of the underlying documents; cite to any caselaw supporting the legality of Portillo's continued detention; explain what steps, if any, the Government has taken to remove Portillo; or detail when that removal is anticipated to happen, if ever. *See* Dkt. 7. The Government also doesn't claim that Portillo presents a risk of flight or danger to the community, so it's unclear why the Government continues to detain him. The Government does argue that the "abuse of the writ" doctrine applies because this habeas petition came on the heels of a similar petition Portillo filed in the Southern District of Texas. Dkt. 7 at 4. But the passage of time, Portillo's pro se status, and his shuttling from district to district suffice to reject that argument.

On or before **September 2, 2026, at 5 PM**, the Government should file a letter responding to these issues and explaining what its plans for Portillo are. If the Government can agree to Portillo's release on an appropriate order of supervision, then they can so inform the Court and Portillo.

The Clerk of the Court is directed to mail a copy of this Order to petitioner.

SO ORDERED.

Dated: September 1, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge