UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDIN MAURICIO MARIN PORTILLO,

Plaintiff(s),

-against-

LAWRENCE CATLETTI, Colonel and Facility Administrator, Orange County Correctional Facility, et al.,

Defendant(s).

26-CV-6374 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On September 2, 2026, defendants filed a letter responding to an order the court issued the day before. Dkt. 18. Petitioner Edin Mauricio Marin Portillo's counsel should file a response to this letter by September 8, 2026, at 5 PM.

SO ORDERED.

Dated: September 3, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge