**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 9, 2026

**By ECF**
The Honorable Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Marin Portillo v. Catletti, et al.*, No. 26 Civ. 6374 (AS)

Dear Judge Subramanian:

This Office represents respondents (collectively, the "Government") in the above-referenced action. The Court emailed an order to the parties earlier this afternoon, to be docketed later today, scheduling a hearing for Friday, September 11, at 2:00 p.m. The Government respectfully writes to request that the hearing be adjourned to Monday, September 14, or to another date convenient for the Court. The reason for this request is that the undersigned is unavailable Friday afternoon on account of religious and family obligations relating to the start of Rosh Hashanah.

The Court also instructed the Government to file on the docket the operative order of removal. The Government herein attaches the original order of removal, dated April 23, 2007, as well as the October 16, 2023 notice of intent to reinstate the removal order and warrant of removal. The Government will separately file under seal the Third Country Screening Notice and Third Country Screening Worksheet, as directed by the Court.

I thank the Court for its consideration of this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: /s/ Ilan Stein
ILAN STEIN
Assistant United States Attorney
(212) 637-2525
Ilan.Stein@usdoj.gov

GRANTED IN PART.

Having been apprised that the Government is available on September 11, 2026, from 10:00 AM to 1:00 PM, the hearing scheduled for September 11, 2026, at 2:00 PM is hereby rescheduled to September 11, 2026 at 11:30 AM.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 9, 2026