UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDIN MAURICIO MARIN PORTILLO,

Plaintiff,

-against-

LAWRENCE CATLETTI, Colonel and Facility Administrator, Orange County Correctional Facility, et al.,

Defendants.

26-CV-6374 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

For the reasons given at the hearing on September 11, 2026, the petition, Dkt. 1, is GRANTED, and Portillo is ordered to be immediately released. The Court will issue a written opinion regarding this order.

The Government should file a letter on or before the end of the day, noting that Portillo has been released.

SO ORDERED.

Dated: September 11, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge