**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EDIN MAURICIO MARIN PORTILLO,

Petitioner,

26 **CIVIL** 6374 (AS)

-against-

**JUDGMENT**

LAWRENCE CATLETTI, Colonel and Facility Administrator, Orange County Correctional Facility et al.,

Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 7, 2026, Portillo's petition for habeas corpus relief is GRANTED; accordingly, the case is closed.

**DATED:** New York, New York
October 9, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**